# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LINDA KERR,

      Plaintiff,

v.                                                                                  No. CIV 00-0502 JC/WWD (ACE)

FARMINGTON MUNICIPAL
SCHOOL DISTRICT, et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER came on for consideration of Plaintiff's Motion to Reconsider and Vacate Summary Judgment Granted to Defendants, filed May 29, 2001 (*Doc. 91*). The Court has reviewed the motion, the memoranda submitted by the parties, and the relevant authorities. The Court finds that Plaintiff's motion is not well taken and will be denied. Plaintiff failed to raise any issues that would warrant this Court changing its previous decision.

Wherefore,

**IT IS ORDERED** that Plaintiff's Motion to Reconsider and Vacate Summary Judgment Granted to Defendants, filed May 29, 2001 (*Doc. 91*) is **denied**.

DATED October 29, 2001.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Counsel for Plaintiff:

    Liane E. Kerr, Esq.
    Liane E. Kerr, LLC
    Albuquerque, New Mexico

    Peter V. Domenici, Jr., Esq.
    Dolan & Domenici, PC
    Albuquerque, New Mexico

Counsel for Defendants:

    John F. Kennedy, Esq.
    Alexia Constantaras, Esq.
    Cuddy, Kennedy, Hetherington, Albetta & Ives, LLP
    Santa Fe, New Mexico